01

02

03

04

05                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
06                                    AT SEATTLE

07   THUY LE NGUYEN,                        )
                                            )     CASE NO. C12-1025-TSZ
08          Plaintiff,                      )
                                            )
09          v.                              )     ORDER AFFIRMING
                                            )     COMMISSIONER
10   CAROLYN W. COLVIN,                     )
     Acting Commissioner of Social Security,)
11                                          )
            Defendant.                      )
12   _____)

13          The Court has reviewed the Report and Recommendation of United States Magistrate

14   Judge Mary Alice Theiler, docket no. 22, plaintiff's objections thereto, docket no. 23, and

15   defendant's response, docket no. 24, and hereby ORDERS:

16          (1)     The Court ADOPTS the Report and Recommendation;

17          (2)     The Court AFFIRMS the decision of the Commissioner; and

18          (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19          DATED this 17th day of September, 2013.

20
                                            _____
21                                          THOMAS S. ZILLY
                                            United States District Judge
22

ORDER AFFIRMING COMMISSIONER
PAGE -1