UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THUY LE NGUYEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. C12-1025-TSZ<br><br>ORDER AFFIRMING<br>COMMISSIONER |

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, docket no. 22, plaintiff's objections thereto, docket no. 23, and defendant's response, docket no. 24, and hereby ORDERS:

(1)　The Court ADOPTS the Report and Recommendation;

(2)　The Court AFFIRMS the decision of the Commissioner; and

(3)　The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 17th day of September, 2013.

　　　　　　　　　　　　　　　　　　　　／s／ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　THOMAS S. ZILLY
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1